IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:93CR137** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ESTABAN RODRIGUEZ-LARA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion pursuant to Federal Rule of Criminal Procedure 48(b)(3).

There has been no substantive activity in this case since 1993. On December 13, 1993, an Indictment was filed and an arrest warrant issued. Almost fourteen years have passed with no activity in this case. Therefore, the Court will require the government to show cause why this case should not now be dismissed for failure to prosecute.

IT IS ORDERED:

1. On or before June 16, 2006, the government shall file a pleading showing why this case should not be dismissed for failure to prosecute; and

2. If such a pleading is not timely filed, this case may be dismissed without further notice.

DATED this 30th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge