**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:93CR137** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ESTABAN RODRIGUEZ-LARA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court pursuant to the government's response (Filing No. 7) to the Court's order dated May 30, 2006 (Filing No. 6).

There has been no substantive activity in this case since 1993. On December 13, 1993, an Indictment was filed and an arrest warrant issued. Almost fourteen years have passed with no activity in this case. The government responded to the Court's show-cause order by requesting that this case be dismissed without prejudice. The request is granted.

IT IS ORDERED that this case is dismissed without prejudice.

DATED this 12th day of June, 2006.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge